FORM 8.   Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Medtronic, Inc. _____ v. Robert Bosch Healthcare Systems, Inc.

No. 15-1977

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:     Medtronic, Inc. _____
                                         Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☑ Appellant      ☐ Appellee        ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Gregory H. Lantier |
| Law firm: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 1875 Pennsylvania Avenue, N.W. |
| City, State and ZIP: | Washington, DC  20006 |
| Telephone: | (202) 663-6000 |
| Fax #: | (202) 663-6363 |
| E-mail address: | Gregory.Lantier@wilmerhale.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): December 21, 2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| September 4, 2015 | /s/ Gregory H. Lantier |
|---|---|
| Date | Signature of pro se or counsel |

cc: Counsel of Record (via ECF, email, and first class mail)